# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# COVINGTON DIVISION

IN RE:    Phyllis A. Creekmore                                    Case Number:   12-21148
          Debtor

# UNCLAIMED PROPERTY REPORT

The Trustee now presents to the Clerk of the US Bankruptcy Court for deposit into the Registry of the Court as unclaimed property, the sum of $5564.80, check #940206, for the following reason:

The creditor named below has failed or refused to accept Trustees' disbursements in the above referenced case.

PERSONS ENTITLED TO PROPERTY
AND LAST KNOWN ADDRESS:

ONEWEST BANK FSB
6900 BEATRICE DR
KALAMAZOO, MI 49009

Claim #  4

Claim Amount:  $32395.61

Dated:  January 28, 2015

/s/ Beverly M. Burden
Beverly M. Burden, Chapter 13 Trustee
Ky Bar ID: 09330
P O Box 2204
Lexington, KY  40588-2204
notices@ch13edky.com
859-233-1527